L. Eric Dowell (SBN 011458)
Douglas (Trey) Lynn (SBN 028054)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Fax: (602) 778-3750
eric.dowell@ogletreedeakins.com
trey.lynn@ogletreedeakins.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| TANISHA MARTINEZ, | No. 2:16-CV-00360-PHX-DJH |
| Plaintiff, | **STIPULATION TO DISMISS** |
| vs. | |
| MEDICREDIT, INC., | |
| Defendant. | |

The parties hereby agree and stipulate that all claims in this case be dismissed with prejudice. The parties shall bear their own fees and costs. A proposed form of order is attached hereto.

//

//

//

DATED this 29th day of March, 2017.

        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

        By:   /s/ Douglas (Trey) Lynn
              L. Eric Dowell
              Douglas (Trey) Lynn
              2415 East Camelback Road, Suite 800
              Phoenix, AZ 85016
              Attorneys for Defendant

        BALLON STOLL BADER & NADLER

        By:   /s/Avraham Zvi Cutler (with permission)
              Avraham Zvi Cutler
              729 7th Ave., 17th Fl.
              New York, NY 10019
              Attorney for Plaintiff

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of March, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrant:

Avraham Zvi Cutler
Ballon Stoll Bader & Nadler
729 7th Ave., 17th Fl.
New York, NY 10019
Attorney for Plaintiff

/s/ Jessica Oliverson

29264855.1